**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00490-CV**

_____

**IN RE JOHN S. MORGAN AND JOHN S. MORGAN, P.C., D/B/A
MORGAN LAW FIRM**

════════════════════════════════════════════════════════════════

**Original Proceeding**

════════════════════════════════════════════════════════════════

**MEMORANDUM OPINION**

In a petition for writ of mandamus, John S. Morgan and John S. Morgan, P.C., d/b/a Morgan Law Firm, seek to compel the trial court to vacate its order of August 30, 2013, which denied Relators' motion to disqualify counsel for the real parties in interest. The record submitted with the petition consists of documents concerning other cases, correspondence discussing settlement negotiations, the motion and supplemental motion Relators filed with the trial court, and the trial court's order. The mandamus record does not contain the parties' live pleadings or the response filed by the real parties in interest, Harris, Duesler & Hatfield, L.L.P.,

1

James Harris, Jr., and Collin Cobb. Relators have not presented a mandamus record that includes a copy of all documents material to their claim, which asserts that the real parties in interest must be disqualified. *See* Tex. R. App. P. 52.7(a); *see also* Tex. R. App. P. 52.3(k). After reviewing the mandamus petition and record, we conclude that Relators have not established the trial court clearly abused its discretion. Accordingly, the petition for writ of mandamus is denied.

PETITION DENIED.

PER CURIAM

Opinion Delivered November 14, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.